NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**THE WARREN TRUST AND THE MARIETTA TRUST,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

———————————

2013-5034

———————————

Appeal from the United States Court of Federal Claims in No. 10-CV-0006, Judge Margaret M. Sweeney.

———————————

**O R D E R**

The parties jointly move to dismiss the appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                    THE WARREN TRUST v. US

(1) The motion is granted.  The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are denied as moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s25

ISSUED AS A MANDATE:  September 6, 2013